# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 1:15-23-RGA |
| ) | |
| WILMINGTON TRUST CORPORATION, ) | |
| DAVID R. GIBSON, ) | |
| ROBERT V.A. HARRA, ) | |
| WILLIAM NORTH, and ) | |
| KEVYN RAKOWSKI, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT WILMINGTON TRUST CORPORATION'S
## MOTION TO COMPEL

Defendant Wilmington Trust Corporation respectfully moves this Court to order the government to expand the scope of its review under Fed. R. Crim. P. 16 and *Brady v. Maryland*, 373 U.S. 83 (1963), to encompass documents and information within the Board of Governors of the Federal Reserve System, the Federal Reserve Banks, and the Securities and Exchange Commission.  The grounds for this Motion are set forth in the accompanying Memorandum in Support.

Dated:  April 1, 2016                                           Respectfully submitted,

/s/ *Lori W. Will*

| | |
|---|---|
| Brendan V. Sullivan, Jr. | Lori W. Will (ID No. 5402) |
| Barry S. Simon | SKADDEN, ARPS, SLATE, |
| Margaret A. Keeley | MEAGHER & FLOM LLP |
| Tobin J. Romero | 920 N. King Street |
| Lance A. Wade | P.O. Box 636 |
| WILLIAMS & CONNOLLY LLP | Wilmington, Delaware 19899 |
| 725 Twelfth Street, NW | Tel.: (302) 651-3000 |
| Washington, DC 20005 | lori.will@skadden.com |
| Tel.: (202) 434-5000 | |

| | |
|---|---|
| bsullivan@wc.com | Christopher J. Gunther |
| bsimon@wc.com | SKADDEN, ARPS, SLATE, |
| mkeeley@wc.com | MEAGHER & FLOM LLP |
| tromero@wc.com | Four Times Square |
| lwade@wc.com | New York, New York 10036 |
| | Tel.: (212) 735-3483 |
| | cgunther@skadden.com |

*Attorneys for Defendant*
*Wilmington Trust Corporation*