# Exhibit A

DELINQUENCY

| BANK | LEAD_BANK | CUSTOMER# | LOAN# | CUST NAME | OUR PART | Delinquency | MAT DATE | FRB | Ledger Category | FILE DATE | Waive | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 400 | 4419308 | 5101 | IACONOLEONARD | $5,700,000.00 | Over 90 | 07/01/09 | 6C- | Secured by Investment | 09/30/09 | Y | Matured In Process of Renewal |
| 800 | 800 | 4421906 | 5101 | IANUZZI R JR | $995,220.33 | Over 90 | 10/01/08 | 6C- | Consumer | 09/30/09 | Y | Payment/processing Error |
| 800 | 400 | 1342290 | 1201 | CALLAN DAVID S | $178,482.93 | Over 90 | 05/28/09 | 6B- | Consumer | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 4445511 | 5201 | IRISH HILL ASSO | $230,282.65 | Over 90 | 04/01/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 800 | 9285326 | 9001 | WALDMAN P W | $274,875.20 | Over 90 | 06/24/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 800 | 400 | 6993672 | 1001 | QUANTUM GLOBAL | $835,928.00 | Over 90 | 06/30/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 2880415 | 1001 | DOVE RUN LIQUOR | $200,000.00 | Over 90 | 06/01/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 2880415 | 9001 | DOVE RUN LIQUOR | $549,407.88 | Over 90 | 07/01/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 800 | 3468852 | 1001 | GALLO GMC TRUCK | $372,168.41 | Over 90 | 06/17/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 58467 | 9006 | ALL-CON WORLD | $100,000.00 | Over 90 | 04/27/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 1297686 | 1001 | CCS INVESTORS, | $99,909.08 | Over 90 | 05/01/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 800 | 400 | 3330699 | 1101 | FOREVER GREEN A | $965,623.53 | Over 90 | 08/31/08 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 800 | 7200439 | 5001 | ROBBINS BERNIE | $11,325,828.97 | Over 90 | 06/30/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 5783100 | 5001 | MCVICKER S C | $18,403.91 | Over 90 | 02/01/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 1429922 | 1001 | CAPSTONE HOMES | $490,000.00 | Over 90 | 04/30/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 6699545 | 5001 | PENINSULA VENTU | $244,905.28 | Over 90 | 04/01/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 133272 | 1101 | ARTISAN CONSTR | $458,005.92 | Over 90 | 07/01/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 880655 | 5601 | BANCROFT DEVEL | $1,000,000.00 | Over 90 | 07/01/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 800 | 400 | 7421648 | 9001 | SW, INC. T/A PE | $40,625.56 | Over 90 | 06/15/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 875651 | 9001 | DAVID BRAGA IRR | $2,171,354.32 | Over 90 | 08/01/07 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 6518176 | 9001 | PAMELA OHRSTROM | $2,171,354.32 | Over 90 | 08/01/07 | 4A- | Secured by Investment | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 6469981 | 5201 | NKS DI IN | $4,001,450.39 | Over 90 | 03/15/09 | 4A- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 7816332 | 9019 | SHEATS P L | $533,778.52 | Over 90 | 04/01/09 | 3-- | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 4103408 | 5001 | HILL DAVID A | $147,629.42 | Over 90 | 07/01/09 | 1C3 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 800 | 58467 | 9005 | ALL CON | $542,000.00 | Over 90 | 04/03/09 | 1C3 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 1783408 | 5101 | CLEMAS GROUP, L | $200,000.00 | Over 90 | 07/01/09 | 1C3 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 800 | 7200439 | 1201 | ROBBINS BERNIE | $500,000.00 | Over 90 | 06/30/09 | 1C3 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 5380502 | 5501 | MANSOORY D | $215,088.68 | Over 90 | 02/01/09 | 1C3 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 5380502 | 5601 | MANSOORY D | $145,702.33 | Over 90 | 04/15/09 | 1C3 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 800 | 9014454 | 5001 | TIGERS, LLC | $489,863.40 | Over 90 | 10/15/09 | 1C3 | Mortgage | 09/30/09 | Y | Matured in Process of Renewal |
| 1 | 1 | 3899829 | 9001 | HARRINGTON FOUR | $2,300,000.00 | Over 90 | 06/01/09 | 1C2 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 1783408 | 5001 | CLEMAS GROUP, L | $336,166.19 | Over 90 | 06/01/09 | 1C2 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 400 | 1342290 | 9006 | CALLAN DAVID S | $470,224.38 | Over 90 | 05/28/09 | 1C2 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 8088071 | 9001 | SLAVIN RW | $545,599.56 | Over 90 | 02/23/09 | 1C2 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 3294846 | 5001 | 5815 CAPITOL | $278,487.27 | Over 90 | 03/31/09 | 1C2 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 3775283 | 5001 | HKS 3, LLC | $560,000.00 | Over 90 | 04/28/09 | 1C2 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 7418086 | 5101 | SOPB EXCHANGORS | $222,683.97 | Over 90 | 06/30/09 | 1C2 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 4469003 | 5001 | JMS PROPERTIES, | $290,314.13 | Over 90 | 05/01/09 | 1C2 | Construction | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 3921425 | 5001 | HARRISON KNOLL | $124,976.39 | Over 90 | 06/01/09 | 1C2 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 1971840 | 9002 | CONGO E M | $21,325.02 | Over 90 | 07/01/09 | 1C2 | Mortgage | 09/30/09 | Y | Matured In Process of Renewal |
| 800 | 400 | 9640738 | 5001 | WILKINSON STERL | $249,114.58 | Over 90 | 06/01/09 | 1C2 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 800 | 4889053 | 9002 | LAAH, LLC | $2,249,074.28 | Over 90 | 12/31/08 | 1C2 | Secured by Investment | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 250902 | 5801 | BALE PROPERTIES | $223,050.00 | Over 90 | 05/01/09 | 1C2 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |
| 1 | 1 | 251305 | 1001 | BALE P J JR | $143,787.43 | Over 90 | 04/01/09 | 1C2 | Commercial | 09/30/09 | Y | Matured In Process of Renewal |