# Exhibit B

DELINQUENCY

| BANK | LEAD_BANK | CUSTOMER# | LOAN# | CUST NAME | OUR PART | Delinquency | MAT DATE | FRB | Ledger Category | FILE DATE | Waive | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 800 | 400 | 4419308 | 5101 | IACONOLEONARD | $5,700,000.00 | Over 90 | 07/01/09 | 6C- | Secured by Investment | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 1297686 | 1001 | CCS INVESTORS, | $99,909.08 | Over 90 | 03/15/10 | 4A- | Commercial | 12/31/09 | Y | Bank/Billing Error |
| 1 | 1 | 3008215 | 9003 | DURGIN C E | $2,420,158.39 | Over 90 | 02/15/12 | 4A- | Secured by Investment | 12/31/09 | Y | Bank/Billing Error |
| 800 | 400 | 518409 | 5002 | BENT GLASS DESI | $90,494.68 | Over 90 | 09/01/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 800 | 400 | 518409 | 5004 | BENT GLASS DESI | $396,653.40 | Over 90 | 09/01/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 880655 | 5601 | BANCROFT DEVEL | $1,000,000.00 | Over 90 | 07/01/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 2880415 | 1001 | DOVE RUN LIQUOR | $200,000.00 | Over 90 | 06/01/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 2880415 | 9001 | DOVE RUN LIQUOR | $528,189.72 | Over 90 | 07/01/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 800 | 400 | 3330699 | 1101 | FOREVER GREEN A | $965,442.52 | Over 90 | 08/31/08 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 4445511 | 5201 | IRISH HILL ASSO | $230,282.65 | Over 90 | 04/01/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 400 | 4694694 | 1001 | GEORGE F. KEMPF | $4,029,694.61 | Over 90 | 07/31/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 6469981 | 5201 | NKS DI IN | $4,001,450.39 | Over 90 | 03/15/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 400 | 6697283 | 9002 | PA STEEL CO | $413,000.00 | Over 90 | 09/30/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 800 | 400 | 6993672 | 1001 | QUANTUM GLOBAL | $726,618.00 | Over 90 | 06/30/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 800 | 400 | 9640738 | 5101 | WILKINSON STERL | $74,899.57 | Over 90 | 09/01/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 875651 | 9001 | DAVID BRAGA IRR | $2,071,172.05 | Over 90 | 08/01/07 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 6518176 | 9001 | PAMELA OHRSTROM | $2,071,172.05 | Over 90 | 08/01/07 | 4A- | Secured by Investment | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 8739978 | 5001 | SUSSEX COUNTY | $406,794.31 | Over 90 | 03/27/09 | 4A- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 800 | 58467 | 9005 | ALL CON | $540,016.43 | Over 90 | 04/03/09 | 1C3 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 4103408 | 5001 | HILL DAVID A | $147,629.42 | Over 90 | 07/01/09 | 1C3 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 5380502 | 5501 | MANSOORY D | $215,088.68 | Over 90 | 02/01/09 | 1C3 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 5380502 | 5601 | MANSOORY D | $144,540.46 | Over 90 | 04/15/09 | 1C3 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 6684378 | 9003 | PEET MICHAEL | $505,796.59 | Over 90 | 06/15/09 | 1C3 | Consumer | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 178756 | 5001 | BMB 1, LLC | $125,554.66 | Over 90 | 10/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 250902 | 5801 | BALE PROPERTIES | $222,450.00 | Over 90 | 05/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 251305 | 1001 | BALE P J JR | $143,787.43 | Over 90 | 04/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 251305 | 9010 | BALE P J JR | $36,308.14 | Over 90 | 01/01/09 | 1C2 | Mortgage | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 251305 | 9011 | BALE P J JR | $64,833.81 | Over 90 | 06/01/09 | 1C2 | Mortgage | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 251518 | 6001 | BALE PJ INC | $62,250.00 | Over 90 | 08/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 251518 | 6002 | BALE PJ INC | $62,250.00 | Over 90 | 08/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 251518 | 6003 | BALE PJ INC | $62,250.00 | Over 90 | 08/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 251518 | 6004 | BALE PJ INC | $62,250.00 | Over 90 | 08/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 251518 | 9001 | BALE PJ INC | $159,685.01 | Over 90 | 03/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 800 | 814458 | 5001 | BOXWOOD 300 | $2,588,654.79 | Over 90 | 12/01/08 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 1013718 | 9009 | BROWN MARK B | $796,282.46 | Over 90 | 08/01/09 | 1C2 | Consumer | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 1971840 | 9002 | CONGO E M | $21,325.02 | Over 90 | 07/01/09 | 1C2 | Mortgage | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 3697851 | 5001 | GREGGO VINCE N | $3,950,000.00 | Over 90 | 08/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 3899829 | 9001 | HARRINGTON FOUR | $2,300,000.00 | Over 90 | 06/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 4469003 | 5001 | JMS PROPERTIES, | $290,314.13 | Over 90 | 05/01/09 | 1C2 | Construction | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 800 | 4889053 | 9002 | LAAH, LLC | $2,246,301.62 | Over 90 | 12/31/08 | 1C2 | Secured by Investment | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 5923158 | 5101 | MIDFARMS 18, LL | $15,106.22 | Over 90 | 05/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 6466311 | 5701 | 1907, LLC | $177,937.52 | Over 90 | 10/01/09 | 1C2 | Construction | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 6466311 | 6101 | 1907, LLC | $348,568.41 | Over 90 | 10/01/09 | 1C2 | Construction | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 7745427 | 5001 | SENORA PARTNERS | $2,751,293.45 | Over 90 | 06/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 8997322 | 5301 | 3 D BUILD | $150,000.00 | Over 90 | 10/01/09 | 1C2 | Mortgage | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 800 | 400 | 9640738 | 5001 | WILKINSON STERL | $250,000.00 | Over 90 | 06/01/09 | 1C2 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 6670024 | 1101 | PAYNE THOMAS | $148,886.24 | Over 90 | 04/01/09 | 1C1 | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 800 | 3984702 | 5001 | HEALY EA | $236,880.97 | Over 90 | 06/30/06 | 1C1 | Consumer | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |
| 1 | 1 | 6843468 | 9001 | POOLE VENTURES, | $3,893,404.95 | Over 90 | 06/01/09 | 1B- | Commercial | 12/31/09 | Y | Matured-Zero Interest Owed/Renewal Extension In Process |