# Exhibit C

DELINQUENCY

| BANK | LEAD_BANK | CUSTOMER# | LOAN# | CUST NAME | OUR PART | Delinquency | MAT DATE | FRB | Ledger Category | FILE DATE | Waive | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 800 | 6537219 | 5001 | ORTIZ M | $172,106.68 | Over 90 | 12/31/09 | 6C- | Secured by Investment | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 800 | 400 | 4419308 | 5101 | IACONOLEONARD | $5,700,000.00 | Over 90 | 07/01/09 | 6C- | Secured by Investment | 03/31/10 | Y | Paid, not Processed |
| 800 | 400 | 1342290 | 1201 | CALLAN DAVID S | $178,482.93 | Over 90 | 05/28/09 | 6B- | Consumer | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 6469981 | 1001 | NKS DI IN | $10,048,201.40 | Over 90 | 12/31/10 | 4A- | Commercial | 03/31/10 | Y | Bank Error |
| 1 | 1 | 3008215 | 9003 | DURGIN C E | $2,420,158.39 | Over 90 | 02/15/12 | 4A- | Secured by Investment | 03/31/10 | Y | Bank Error |
| 1 | 1 | 875651 | 9001 | DAVID BRAGA IRR | $2,167,952.84 | Over 90 | 08/01/07 | 4A- | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 6518176 | 9001 | PAMELA OHRSTROM | $2,167,952.84 | Over 90 | 08/01/07 | 4A- | Secured by Investment | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 800 | 400 | 3330699 | 1101 | FOREVER GREEN A | $965,623.53 | Over 90 | 08/31/08 | 4A- | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 4445511 | 5201 | IRISH HILL ASSO | $230,282.65 | Over 90 | 04/01/09 | 4A- | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 400 | 4694694 | 1001 | GEORGE F. KEMPF | $3,789,121.61 | Over 90 | 07/31/09 | 4A- | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 800 | 58467 | 9005 | ALL CON | $540,009.88 | Over 90 | 04/03/09 | 1C3 | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 800 | 4889053 | 9002 | LAAH, LLC | $2,243,528.96 | Over 90 | 12/31/08 | 1C2 | Secured by Investment | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 400 | 1342290 | 9006 | CALLAN DAVID S | $470,224.38 | Over 90 | 05/28/09 | 1C2 | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 3899829 | 9001 | HARRINGTON FOUR | $2,300,000.00 | Over 90 | 06/01/09 | 1C2 | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 251518 | 6002 | BALE PJ INC | $62,250.00 | Over 90 | 04/01/10 | 1C2 | Commercial | 03/31/10 | Y | Received, not Processed |
| 1 | 1 | 251518 | 6003 | BALE PJ INC | $62,250.00 | Over 90 | 04/01/10 | 1C2 | Commercial | 03/31/10 | Y | Received, not Processed |
| 1 | 1 | 251518 | 6004 | BALE PJ INC | $62,250.00 | Over 90 | 04/01/10 | 1C2 | Commercial | 03/31/10 | Y | Received, not Processed |
| 1 | 1 | 6480721 | 5001 | NORTH MILTON DE | $999,999.00 | Over 90 | 12/01/10 | 1A2 | Construction | 03/31/10 | Y | Bank Error |
| 1 | 1 | 4445511 | 5101 | IRISH HILL ASSO | $213,823.26 | Over 90 | 09/01/09 | 1A2 | Construction | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 4876741 | 5001 | L & D DEVELOPME | $8,853,035.00 | Over 90 | 09/09/09 | 1A2 | Construction | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 4876741 | 5101 | L & D DEVELOPME | $5,286,696.58 | Over 90 | 09/09/09 | 1A2 | Construction | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 4586166 | 9001 | JOSHI ENTERPRIS | $978,434.49 | Over 90 | 11/01/09 | 1A2 | Construction | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 9176918 | 5601 | V & N COMPANY | $678,986.55 | Over 90 | 04/01/09 | 1A2 | Construction | 03/31/10 | Y | Received, not Processed |
| 1 | 1 | 3298558 | 5201 | FLC999 LLC | $469,219.42 | Over 90 | 04/01/09 | 1A1 | Construction | 03/31/10 | Y | Bank Error |
| 1 | 1 | 3298558 | 5101 | FLC999 LLC | $936,653.51 | Over 90 | 04/01/09 | 1A1 | Construction | 03/31/10 | Y | Bank Error |
| 1 | 1 | 9971823 | 5001 | ZECCOLA BUILDER | $378,759.86 | Over 90 | 09/09/09 | 1A1 | Construction | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 6508561 | 5102 | OCEAN ATLANTIC | $369,658.12 | Over 90 | 09/30/11 | 1A1 | Construction | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 2422786 | 1201 | DAVITT-SIMMONS | $37,575.89 | Over 90 | 07/01/09 | 1A1 | Construction | 03/31/10 | Y | Received, not Processed |
| 1 | 1 | 251518 | 1202 | BALE PJ INC | $36,030.63 | Over 90 | 04/01/10 | 1A1 | Construction | 03/31/10 | Y | Received, not Processed |
| 1 | 800 | 4889053 | 9001 | LAAH, LLC | $849,999.50 | Over 90 | 10/17/08 | 1E2 | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 3898555 | 9001 | HARRINGTON COM | $144,801.12 | Over 90 | 02/01/09 | 1E2 | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 800 | 5098084 | 9001 | LIPSCOMB RONALD | $1,358,821.47 | Over 90 | 08/01/09 | 1E2 | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 400 | 6460992 | 9001 | NIDUS L.P. | $1,620,806.57 | Over 90 | 08/28/09 | 1E2 | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 3904482 | 5101 | HARRINGTON | $2,526,919.93 | Over 90 | 08/01/14 | 1E2 | Mortgage | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 8433046 | 5001 | STANLEY PROPERT | $381,294.11 | Over 90 | 07/01/08 | 1E1 | Mortgage | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 3903842 | 9011 | HARRINGTON M J | $2,436,328.65 | Over 90 | 01/15/09 | 1E1 | Commercial | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |
| 1 | 1 | 6331262 | 9001 | MY PAL, LLC | $7,478,711.73 | Over 90 | 08/13/09 | 1E1 | Mortgage | 03/31/10 | Y | Matured, Interest Current/in Process of Renewal |