IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 15-23-RGA |
| | : | |
| DAVID R. GIBSON, | : | |
| ROBERT V.A. HARRA, | : | |
| WILLIAM NORTH, and | : | |
| KEVYN RAKOWSKI, | : | |
| | : | |
| Defendant. | : | |

**COMBINED GOVERNMENT AND
DEFENDANTS TRIAL EXHIBIT LIST**

| Government Exhibit Number | Admitted Date |
|---|---|
| S-1 | 3/13/2018 |
| S-2 | 3/13/2018 |
| S-3 | 3/13/2018 |
| S-4 | 3/13/2018 |
| S-5 | 3/29/2018 |
| S-6 | 4/10/2018 |
| 1 | 3/26/2018 |
| 1A | 3/26/2018 |
| 2 | 4/11/2018 |
| 3 | 3/26/2018 |
| 3A | 3/26/2018 |
| 4 | 3/26/2018 |
| 4A | 3/26/2018 |
| 5 | 3/26/2018 |
| 5A | 3/26/2018 |
| 6 | 3/26/2018 |
| 7 | 3/26/2018 |
| 8 | 3/20/2018 |
| 12 | 3/13/2018 |
| 13 | 3/13/2018 |
| 14 | 3/13/2018 |
| 15 | 3/13/2018 |
| 16 | 3/13/2018 |
| 17 | 3/13/2018 |
| 18 | 3/13/2018 |
| 19 | 3/13/2018 |
| 20 | 3/13/2018 |
| 21 | 3/13/2018 |
| 22 | 3/13/2018 |
| 23 | 3/13/2018 |
| 24 | 3/13/2018 |
| 25 | 3/13/2018 |
| 26 | 3/13/2018 |
| 27 | 3/13/2018 |
| 28 | 3/13/2018 |
| 29 | 3/13/2018 |
| 30 | 3/13/2018 |
| 31 | 3/13/2018 |
| 32 | 3/13/2018 |
| 33 | 3/13/2018 |
| 34 | 3/13/2018 |

| Defense Exhibit Number | Admitted Date |
|---|---|
| All parties | |
| DX 0081 | 3/22/2018 |
| DX 0400 | 3/22/2018 |
| DX 0400A | 3/22/2018 |
| DX 0401 | 3/20/2018 |
| DX 0401A | 3/22/2018 |
| DX 0420 | 3/22/2018 |
| DX 0420A | 3/20/2018 |
| DX 0422 | 3/20/2018 |
| DX 0441 | 3/22/2018 |
| DX 0456 | 3/22/2018 |
| DX 0479 | 4/17/2018 |
| DX 0504 | 3/27/2018 |
| DX 0528 | 3/22/2018 |
| DX 0548G | 3/20/2018 |
| DX 0548H | 3/26/2018 |
| DX 0706 | 4/9/2018 |
| DX 0707 | 3/28/2018 |
| DX 0799 | 4/9/2018 |
| DX 0808R | 3/22/2018 |
| DX 1010 | 4/9/2018 |
| DX 1021 | 4/2/2018 |
| DX 1052 | 4/17/2018 |
| DX 1085 | 4/17/2018 |
| DX 1094 | 3/29/2018 |
| DX 1147 | 3/29/2018 |
| DX 1157 | 3/29/2018 |
| DX 1171 | 3/16/2018 |
| DX 1172 | 3/16/2018 |
| DX 1176 | 3/16/2018 |
| DX 1179 | 4/17/2018 |
| DX 1181 | 4/5/2018 |
| DX 1195 | 4/3/2018 |
| DX 1222 | 3/14/2018 |
| DX 1231 | 4/5/2018 |
| DX 1243 | 3/26/2018 |
| DX 1244 | 3/19/2018 |
| DX 1256 | 4/5/2018 |
| DX 1256A | 4/5/2018 |
| DX 1282R | 4/3/2018 |

| | |
|---|---|
| 35 | 3/13/2018 |
| 36 | 3/13/2018 |
| 37 | 3/13/2018 |
| 38 | 3/13/2018 |
| 39 | 3/13/2018 |
| 40 | 3/13/2018 |
| 41 | 3/13/2018 |
| 42 | 3/13/2018 |
| 43 | 3/13/2018 |
| 44 | 3/13/2018 |
| 45 | 3/13/2018 |
| 46 | 3/13/2018 |
| 47 | 3/13/2018 |
| 48 | 3/13/2018 |
| 49 | 3/13/2018 |
| 50 | 3/13/2018 |
| 51 | 3/13/2018 |
| 52 | 3/13/2018 |
| 53 | 3/13/2018 |
| 54 | 3/13/2018 |
| 55 | 3/13/2018 |
| 56 | 3/13/2018 |
| 57 | 3/13/2018 |
| 58 | 3/13/2018 |
| 59 | 3/13/2018 |
| 60 | 3/13/2018 |
| 61 | 3/13/2018 |
| 62 | 3/13/2018 |
| 63 | 3/13/2018 |
| 64 | 3/13/2018 |
| 64M | 3/22/2018 |
| 65 | 3/13/2018 |
| 65M | 3/22/2018 |
| 66 | 3/13/2018 |
| 66M | 3/22/2018 |
| 67 | 3/13/2018 |
| 67M | 3/22/2018 |
| 68 | 3/13/2018 |
| 69 | 3/13/2018 |
| 69M | 3/22/2018 |
| 74 | 3/20/2018 |
| 76 | 3/13/2018 |
| 76A | 3/13/2018 |
| 76B | 3/13/2018 |

| | |
|---|---|
| DX 1293 | 4/3/2018 |
| DX 1296 | 3/16/2018 |
| DX 1304 | 4/3/2018 |
| DX 1305 | 4/3/2018 |
| DX 1312 | 4/3/2018 |
| DX 1334 | 4/3/2018 |
| DX 1339 | 4/3/2018 |
| DX 1356 | 4/3/2018 |
| DX 1382 | 4/3/2018 |
| DX 1398 | 4/3/2018 |
| DX 1401 | 4/3/2018 |
| DX 1452 | 4/2/2018 |
| DX 1468 | 4/5/2018 |
| DX 1499 | 3/29/2018 |
| DX 1499C | 3/29/2018 |
| DX 1509 | 4/9/2018 |
| DX 1533 | 3/29/2018 |
| DX 1550 | 3/14/2018 |
| DX 1587 | 4/3/2018 |
| DX 1588 | 4/3/2018 |
| DX 1596 | 4/3/2018 |
| DX 1598 | 4/3/2018 |
| DX 1600 | 4/3/2018 |
| DX 1605 | 4/3/2018 |
| DX 1619 | 4/3/2018 |
| DX 1622 | 4/3/2018 |
| DX 1635 | 4/3/2018 |
| DX 1636 | 4/3/2018 |
| DX 1657 | 4/5/2018 |
| DX 1786 | 4/3/2018 |
| DX 1789 | 3/14/2018 |
| DX 1835 | 4/11/2018 |
| DX 1842 | 4/2/2018 |
| DX 1856 | 4/11/2018 |
| DX 1859 | 4/11/2018 |
| DX 1862 | 4/11/2018 |
| DX 1880 | 4/11/2018 |
| DX 1999 | 4/3/2018 |
| DX 2087 | 3/26/2018 |
| DX 2088 | 3/26/2018 |
| DX 2090 | 3/26/2018 |
| DX 2120 | 4/5/2018 |
| DX 2298 | 4/17/2018 |
| DX 2346 | 3/14/2018 |

| | | | | |
|---|---|---|---|---|
| 77 | 3/13/2018 | | DX 2784 | 4/9/2018 |
| 77A | 3/13/2018 | | DX 2789R | 4/9/2018 |
| 77B | 3/13/2018 | | DX 2793 | 3/28/2018 |
| 78 | 3/13/2018 | | DX 2835 | 4/5/2018 |
| 78A | 3/13/2018 | | DX 2889 | 4/3/2018 |
| 78B | 3/13/2018 | | DX 2898 | 3/28/2018 |
| 79 | 3/13/2018 | | DX 2902 | 3/14/2018 |
| 79A | 3/13/2018 | | DX 3013 | 4/2/2018 |
| 79B | 3/13/2018 | | DX 3016 | 4/2/2018 |
| 82 | 3/26/2018 | | DX 3069 | 4/2/2018 |
| 83 | 3/26/2018 | | DX 3070 | 4/2/2018 |
| 84 | 3/26/2018 | | DX 3078 | 4/2/2018 |
| 86A | 3/26/2018 | | DX 3094 | 4/5/2018 |
| 86B | 3/26/2018 | | DX 3118 | 4/5/2018 |
| 92 | 3/13/2018 | | DX 3129 | 4/4/2018 |
| 93 | 3/13/2018 | | DX 3233 | 4/2/2018 |
| 94 | 3/13/2018 | | DX 3237 | 3/14/2018 |
| 95 | 3/13/2018 | | DX 3241 | 3/14/2018 |
| 96 | 3/13/2018 | | DX 3246 | 3/14/2018 |
| 97 | 3/13/2018 | | DX 3251 | 3/26/2018 |
| 98 | 3/13/2018 | | DX 3254 | 4/17/2018 |
| 99 | 3/13/2018 | | DX 3273R | 3/27/2018 |
| 100 | 3/13/2018 | | DX 3279 | 3/28/2018 |
| 102R | 4/10/2018 | | DX 3280 | 3/28/2018 |
| 103 | 3/28/2018 | | DX 3281 | 3/28/2018 |
| 104R | 3/28/2018, 4/10/2018 | | DX 3282 | 3/28/2018 |
| 106R | 3/28/2018 | | DX 3357 | 4/5/2018 |
| 108R | 3/28/2018 | | DX 3357A | 4/5/2018 |
| 109R | 3/28/2018 | | DX 3361 | 4/17/2018 |
| 110R | 3/28/2018 | | DX 3517 | 4/17/2018 |
| 111R | 3/28/2018 | | DX 3518 | 4/17/2018 |
| 133 | 3/13/2018 | | DX 3519 | 4/17/2018 |
| 201 | 3/19/2018 | | DX 395R | 4/9/2018 |
| 202 | 3/19/2018 | | DX 4001R | 4/9/2018 |
| 213 | 3/19/2018 | | DX 4006 | 4/9/2018 |
| 221R | 3/19/2018 | | DX 4007 | 4/9/2018 |
| 224 | 3/20/2018 | | DX 4007A | 4/10/2018 |
| 225 | 3/26/2018 | | DX 4026 | 4/17/2018 |
| 226 | 3/27/2018 | | DX 4031A | 4/17/2018 |
| 227 | 3/27/2018 | | DX 5541A | 4/17/2018 |
| 228 | 3/26/2018 | | DX 5677 | 3/27/2018 |
| 239 | 3/26/2018 | | DX 5823 | 3/20/2018 |
| 243 | 3/19/2018 | | DX 6292 | 4/3/2018 |

| | |
|---|---|
| 247 | 3/19/2018 |
| 249R | 3/19/2018 |
| 250R | 3/19/2018 |
| 259 | 3/26/2018 |
| 261 | 3/19/2018 |
| 262 | 3/16/2018 |
| 263 | 3/16/2018 |
| 263A | 3/16/2018 |
| 263B | 3/16/2018 |
| 267R | 3/19/2018 |
| 270R | 3/20/2018 |
| 283 | 3/19/2018 |
| 284 | 3/20/2018 |
| 288A | 3/22/2018 |
| 288C | 3/26/2018 |
| 293A | 3/26/2018 |
| 293B | 3/26/2018 |
| 293C | 3/26/2018 |
| 293D | 3/26/2018 |
| 295 | 3/26/2018 |
| 300 | 3/16/2018 |
| 300A | 3/16/2018 |
| 308 | 3/16/2018 |
| 308A | 3/16/2018 |
| 336 | 4/4/2018 |
| 367 | 3/27/2018 |
| 368 | 3/13/2018 |
| 368A | 3/13/2018 |
| 370 | 3/14/2018 |
| 372 | 3/13/2018 |
| 377A | 3/27/2018 |
| 401 | 3/14/2018 |
| 403 | 4/4/2018 |
| 405 | 3/27/2018 |
| 406 | 4/2/2018 |
| 406A | 4/2/2018 |
| 408 | 4/4/2018 |
| 409 | 4/4/2018 |
| 410 | 3/14/2018 |
| 411 | 3/13/2018 |
| 411A | 3/13/2018 |
| 417 | 3/29/2018 |
| 418 | 3/14/2018 |
| 421 | 3/16/2018 |

| | |
|---|---|
| DX 6315 | 4/3/2018 |
| DX 6524 | 3/28/2018 |
| DX 6527 | 3/28/2018 |

Government

| | |
|---|---|
| DX 420 | 3/22/2018 |
| DX 706 | 4/9/2018 |
| DX 1296 | 3/16/2018 |
| DX 1452 | 4/2/2018 |
| DX 1468 | 4/5/2018 |
| DX 1499C | 3/29/2018 |
| DX 1835 | 4/11/2018 |
| DX 1842 | 4/2/2018 |
| DX 1856 | 4/11/2018 |
| DX 1859 | 4/11/2018 |
| DX 1862 | 4/11/2018 |
| DX 1880 | 4/11/2018 |
| DX 2835 | 4/5/2018 |
| DX 3094 | 4/5/2018 |
| DX 3129 | 4/4/2018 |
| DX 4007A | 4/10/2018 |

North

| | |
|---|---|
| DX 1021 | 4/2/2018 |
| DX 1157 | 3/29/2018 |
| DX 1181 | 4/5/2018 |
| DX 1231 | 4/5/2018 |
| DX 1244 | 3/19/2018 |
| DX 1533 | 3/29/2018 |
| DX 1550 | 3/14/2018 |
| DX 1657 | 4/5/2018 |
| DX 2120 | 4/5/2018 |
| DX 2346 | 3/14/2018 |
| DX 2902 | 3/14/2018 |
| DX 3013 | 4/2/2018 |
| DX 3016 | 4/2/2018 |
| DX 3069 | 4/2/2018 |
| DX 3070 | 4/2/2018 |
| DX 3078 | 4/2/2018 |
| DX 3118 | 4/5/2018 |
| DX 3233 | 4/2/2018 |
| DX 3237 | 3/14/2018 |
| DX 3241 | 3/14/2018 |

| | |
|---|---|
| 426 | 3/28/2018 |
| 427 | 3/28/2018 |
| 428 | 3/28/2018 |
| 430 | 3/28/2018 |
| 430AR | 3/28/2018 |
| 432 | 3/28/2018 |
| 433R | 3/27/2018 |
| 433A | 3/27/2018 |
| 435 | 4/10/2018 |
| 436 | 4/10/2018 |
| 436A | 4/10/2018 |
| 436C | 4/10/2018 |
| 440 | 4/2/2018 |
| 442 | 3/29/2018 |
| 443 | 3/29/2018 |
| 444 | 3/16/2018 |
| 445 | 3/16/2018 |
| 446 | 3/16/2018 |
| 448 | 3/16/2018 |
| 460 | 4/5/2018 |
| 460A | 4/5/2018 |
| 463R | 4/11/2018 |
| 470 | 3/16/2018 |
| 470A | 3/16/2018 |
| 472 | 3/27/2018 |
| 473 | 3/27/2018 |
| 476 | 3/27/2018 |
| 476A | 3/27/2018 |
| 478 | 3/27/2018 |
| 478A | 3/27/2018 |
| 487 | 3/27/2018 |
| 489 | 3/29/2018 |
| 492 | 3/29/2018 |
| 493 | 3/29/2018 |
| 493A | 3/29/2018 |
| 494 | 3/27/2018 |
| 496 | 4/5/2018 |
| 496A | 4/5/2018 |
| 499 | 3/27/2018 |
| 504 | 3/16/2018 |
| 516 | 3/27/2018 |
| 519 | 4/5/2018 |
| 520 | 4/5/2018 |
| 521 | 4/5/2018 |

| | |
|---|---|
| DX 3246 | 3/14/2018 |
| DX 3517 | 4/17/2018 |
| DX 3518 | 4/17/2018 |
| DX 3519 | 4/17/2018 |
| DX 6524 | 3/28/2018 |
| DX 6527 | 3/28/2018 |

**Gibson**

| | |
|---|---|
| DX 395R | 4/9/2018 |
| DX 479 | 4/17/2018 |
| DX 707 | 3/28/2018 |
| DX 799 | 4/9/2018 |
| DX 1010 | 4/9/2018 |
| DX 1085 | 4/17/2018 |
| DX 1171 | 3/16/2018 |
| DX 1172 | 3/16/2018 |
| DX 1176 | 3/16/2018 |
| DX 1179 | 4/17/2018 |
| DX 1243 | 3/26/2018 |
| DX 1509 | 4/9/2018 |
| DX 2087 | 3/26/2018 |
| DX 2088 | 3/26/2018 |
| DX 2090 | 3/26/2018 |
| DX 2784 | 4/9/2018 |
| DX 2789R | 4/9/2018 |
| DX 2793 | 3/28/2018 |
| DX 2898 | 3/28/2018 |
| DX 3254 | 4/17/2018 |
| DX 3279 | 3/28/2018 |
| DX 3280 | 3/28/2018 |
| DX 3281 | 3/28/2018 |
| DX 3282 | 3/28/2018 |
| DX 4001R | 4/9/2018 |
| DX 4006 | 4/9/2018 |
| DX 4007 | 4/9/2018 |
| DX 4031A | 4/17/2018 |
| DX 5541A | 4/17/2018 |

**Harra**

| | |
|---|---|
| DX 0081 | 3/22/2018 |
| DX 0400 | 3/22/2018 |
| DX 0400A | 3/22/2018 |
| DX 0401 | 3/20/2018 |
| DX 0401A | 3/22/2018 |

| | | | |
|---|---|---|---|
| 523 | 3/28/2018 | DX 0420A | 3/20/2018 |
| 524 | 4/11/2018 | DX 0422 | 3/20/2018 |
| 525 | 4/17/2018 | DX 0441 | 3/22/2018 |
| 527 | 3/27/2018 | DX 0456 | 3/22/2018 |
| 528 | 4/5/2018 | DX 0504 | 3/27/2018 |
| 530 | 3/28/2018 | DX 0528 | 3/22/2018 |
| 530A | 3/28/2018 | DX 0548G | 3/20/2018 |
| 533R | 3/28/2018 | DX 0548H | 3/26/2018 |
| 534 | 3/28/2018 | DX 0808R | 3/22/2018 |
| 536 | 3/27/2018 | DX 1052 | 4/17/2018 |
| 541R | 4/11/2018 | DX 1094 | 3/29/2018 |
| 543 | 4/5/2018 | DX 1147 | 3/29/2018 |
| 544 | 3/16/2018 | DX 1195 | 4/3/2018 |
| 549 | 3/28/2018 | DX 1222 | 3/14/2018 |
| 549A | 3/28/2018 | DX 1256 | 4/5/2018 |
| 555 | 3/29/2018 | DX 1256A | 4/5/2018 |
| 555A | 3/29/2018 | DX 1282R | 4/3/2018 |
| 556 | 3/16/2018 | DX 1293 | 4/3/2018 |
| 558 | 3/27/2018 | DX 1304 | 4/3/2018 |
| 574 | 3/27/2018 | DX 1305 | 4/3/2018 |
| 574A | 3/27/2018 | DX 1312 | 4/3/2018 |
| 579 | 3/16/2018 | DX 1334 | 4/3/2018 |
| 585 | 3/27/2018 | DX 1339 | 4/3/2018 |
| 586 | 3/27/2018 | DX 1356 | 4/3/2018 |
| 587 | 3/27/2018 | DX 1382 | 4/3/2018 |
| 588 | 3/27/2018 | DX 1398 | 4/3/2018 |
| 603 | 4/2/2018 | DX 1401 | 4/3/2018 |
| 610 | 4/4/2018 | DX 1499 | 3/29/2018 |
| 611 | 4/4/2018 | DX 1587 | 4/3/2018 |
| 619 | 3/29/2018 | DX 1588 | 4/3/2018 |
| 619A | 3/29/2018 | DX 1596 | 4/3/2018 |
| 623 | 4/5/2018 | DX 1598 | 4/3/2018 |
| 623A | 4/5/2018 | DX 1600 | 4/3/2018 |
| 624 | 4/11/2018 | DX 1605 | 4/3/2018 |
| 626 | 4/2/2018 | DX 1619 | 4/3/2018 |
| 626A | 4/2/2018 | DX 1622 | 4/3/2018 |
| 633 | 4/5/2018 | DX 1635 | 4/3/2018 |
| 633A | 4/5/2018 | DX 1636 | 4/3/2018 |
| 637 | 3/28/2018 | DX 1786 | 4/3/2018 |
| 645 | 4/2/2018 | DX 1789 | 3/14/2018 |
| 645A | 4/2/2018 | DX 1999 | 4/3/2018 |
| 649 | 4/3/2018 | DX 2298 | 4/17/2018 |
| 670A | 3/29/2018 | DX 2889 | 4/3/2018 |
| 671 | 3/29/2018 | DX 3251 | 3/26/2018 |

| | | | | |
|---|---|---|---|---|
| 671A | 3/29/2018 | | DX 3273R | 3/27/2018 |
| 681 | 3/29/2018 | | DX 3357 | 4/5/2018 |
| 690 | 4/10/2018 | | DX 3357A | 4/5/2018 |
| 690A | 4/10/2018 | | DX 3361 | 4/17/2018 |
| 714R | 4/9/2018 | | DX 4026 | 4/17/2018 |
| 723R | 4/9/2018 | | DX 5677 | 3/27/2018 |
| 740 | 4/9/2018 | | DX 5823 | 3/20/2018 |
| 741R | 4/9/2018 | | DX 6292 | 4/3/2018 |
| 743 | 4/10/2018 | | DX 6315 | 4/3/2018 |
| 744 | 4/10/2018 | | | |
| 745 | 4/10/2018 | | | |
| 746 | 4/9/2018 | | | |
| 747A | 4/9/2018 | | | |
| 758R | 4/9/2018 | | | |
| 761 | 4/9/2018 | | | |
| 762 | 4/9/2018 | | | |
| 781 | 4/9/2018 | | | |
| 792 | 4/9/2018 | | | |
| 796 | 4/5/2018 | | | |
| 798R | 4/9/2018 | | | |
| 806R | 4/9/2018 | | | |
| 835 | 3/28/2018 | | | |
| 835A | 3/28/2018 | | | |
| 839 | 3/27/2018 | | | |
| 839A | 3/27/2018 | | | |
| 839B | 3/27/2018 | | | |
| 860R | 4/9/2018 | | | |
| 902 | 4/11/2018 | | | |
| 907 | 4/2/2018 | | | |
| 908 | 4/5/2018 | | | |
| 916 | 4/11/2018 | | | |
| 918 | 4/4/2018 | | | |
| 937 | 3/28/2018 | | | |
| 937A | 3/28/2018 | | | |
| 970 | 3/16/2018 | | | |
| 970A | 3/16/2018 | | | |
| 975 | 3/13/2018 | | | |
| 989 | 3/13/2018 | | | |
| 993 | 3/13/2018 | | | |
| 1030A | 4/2/2018 | | | |
| 1031C | 4/2/2018 | | | |
| 1034A | 4/2/2018 | | | |
| 1034B | 4/2/2018 | | | |
| 1036B | 4/2/2018 | | | |

| | |
|---|---|
| 1038 | 4/11/2018 |
| 1040A | 3/28/2018 |
| 1040B | 3/28/2018 |
| 1040C | 3/28/2018 |
| 1040D | 3/28/2018 |
| 1040E | 3/28/2018 |
| 1041 | 3/29/2018 |
| 1042 | 3/29/2018 |
| 1043 | 3/29/2018 |
| 1044 | 3/29/2018 |
| 1045 | 3/29/2018 |
| 1102 | 4/2/2018 |
| 1600 | 4/11/2018 |
| 1600A | 4/11/2018 |
| 1600B | 4/11/2018 |
| 1603 | 3/14/2018 |
| 1603A | 3/14/2018 |
| 1606 | 4/11/2018 |
| 1611 | 4/11/2018 |
| 1619 | 4/11/2018 |
| 1619A | 4/11/2018 |
| 1700A | 4/2/2018 |
| 1700B | 4/2/2018 |
| 1701A | 4/2/2018 |
| 1701B | 4/2/2018 |
| 1702A | 4/2/2018 |
| 1702B | 4/2/2018 |
| 1710 | 4/4/2018 |
| 1711A | 4/4/2018 |