**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID R. GIBSON, ) <br> ROBERT V.A. HARRA, ) <br> WILLIAM NORTH, and ) <br> KEVYN RAKOWSKI, ) <br> ) <br> Defendants. ) <br> ) | Criminal Action No. 1:15-23-RGA <br><br> NOTICE OF MOTION |

TO:   AUSA Robert F. Kravetz
　　　AUSA Lesley F. Wolf
　　　AUSA Jamie M. McCall
　　　United States Attorney's Office
　　　District of Delaware
　　　Hercules Building
　　　1313 N. Market Street
　　　P.O. Box 2046
　　　Wilmington, DE 19801

**DEAR COUNSEL:**

　　**PLEASE TAKE NOTICE** that on a date to be set by the Court, the undersigned counsel for defendant Kevyn Rakowski shall move before the Honorable Richard G. Andrews, U.S.D.J. at the United States District Court for the District of Delaware, 844 North King Street, Wilmington Delaware, 19801, for an Order granting Bail Pending Appeal, and such further relief as the Court may deem necessary.

　　**PLEASE TAKE FURTHER NOTICE** that the Defendant respectfully requests oral argument.

**PLEASE TAKE FURTHER NOTICE** that undersigned counsel will rely on the accompanying Memorandum of Law, and upon all prior pleadings and proceedings herein in support of this motion.

Dated: January 4, 2019

| | |
|---|---|
| Bartholomew J. Dalton (ID No. 808) | /s/ Henry E. Klingeman |
| Ipek K. Medford (ID No. 4110) | Henry E. Klingeman, Esq. |
| Andrew C. Dalton (ID No. 5878) | Helen A. Nau, Esq. |
| DALTON & ASSOCIATES, P.A. | KROVATIN KLINGEMAN LLC |
| Cool Spring Meeting House | 60 Park Place, Suite 1100 |
| 1106 West 10th Street | Newark, NJ 07102 |
| Wilmington, Delaware 19806 | (973) 424-9777 |
| (302) 652-2050 | hklingeman@krovatin.com |
| bdalton@bdaltonlaw.com | hnau@krovatin.com |
| adalton@bdaltonlaw.com | *Attorneys for Defendant Kevyn Rakowski* |